# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| E. Scott Frison, Jr., Esq., et al. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CCB 03-CV 1303 |
| | ) | |
| EQUIFAX, et al | ) | |
| | ) | |
| Defendants | ) | |

### P R A E C I P E

Lisa Ann Frison and E. Scott Frison, hereinafter "FRISON" requests that the Clerk accept copies of exhibits referenced in the motion filed by FRISON to reopen and at the reply to Defendant's opposition. Efforts to attach the exhibits to the motion were unsuccessful.

Paper copies of the referenced exhibits and a CD containing the same are attached to the copy of this praecipe filed with the Clerk of the Court.

Your cooperation in this matter is appreciated.

E. Scott Frison, Jr., Esquire
Bar # 15583

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of _____ 2003, a copy of the Plaintiffs' Praecipe was mailed via first class pre-paid postage to:

EQUIFAX Info. Services, LLC
Mr. John Friedline, Esq.
Neuberger, Quinn, Geilen, Rubin & Gibber
One South St., 27th Flr.
Baltimore, MD 21202

Mr. John Friedline, Esq.
Neuberger, Quinn, Geilen, Rubin & Gibber
One South St., 27th Flr
Baltimore, MD 21202

Kilpatrick Stockton, LLP
c/o Neuberger, Quinn, Geilen, Rubin & Gibber
One South St., 27th Flr
Baltimore, MD 21202

Mr. Nathan Daniel Adler
Neuberger, Quinn, Geilen, Rubin & Gibber
One South St., 27th Flr
Baltimore, MD 21202

Neuberger, Quinn, Geilen, Rubin & Gibber
One South St., 27th Flr
Baltimore, MD 21202

                    E. Scott Frison, Jr., Esquire
                    Bar No: 15583
                    P.O. Box 206
                    Greenbelt, MD 20768