IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

E. SCOTT FRISON, JR. and  :
LISA ANN FRISON  :
  :
    v.  :  CIVIL NO. CCB-03-1303
  :
EQUIFAX INFO. SERVICES, LLC, ET AL.  :

...o0o...

## ORDER

The plaintiffs' motion to reinstate the case to the docket has been reviewed, together with all related filings. Finding no good cause either to reopen the case or to excuse the plaintiffs' delay in making such a request, the motion is **Denied**. This case will remain closed and dismissed with prejudice.

**SO ORDERED** this  31st  day of December, 2003.

/s/
Catherine C. Blake
United States District Judge