# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

E. Scott Frison, Jr., Esq., et al.      )
                                  )
                  Plaintiff      )
                                  )
                v.               ) CCB 03-CV 1303
                                  )
EQUIFAX, et al                  )
                                  )
               Defendants     )

### NOTICE OF APPEAL

NOW COMES Lisa Ann Frison, and E. Scott Frison, Jr., hereinafter, "FRISON" by way of counsel E. Scott Frison, Jr., Esq., with a NOTICE OF APPEAL of the Order entered in the captioned case by the Honorable Catherine C. Blake, on December 31, 2003.

The captioned case was dismissed on October 31, 2003 without prejudice per an agreement of the parties to correct inaccurate information maintained and reported in the consumer reports maintained by the defendant credit-reporting agency.

After signing the agreement, EQUIFAX, apparently at the urging of its counsel refused to make agreed upon corrections, to the plaintiff's credit file or to make appropriate adjustments to the plaintiff's credit scores.  The conduct by EQUIFAX and its agents resulted in FRISON being denied two mortgage loans.

Realizing that EQUIFAX agreed to settle the case for the sole purpose of having the case dismissed, FRISON moved to reinstate and the trial court denied the motion with prejudice.  This NOTICE appeals that Order.

                                        E. Scott Frison, Jr., Esquire
                                        Bar # 15583

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the NOTICE OF APPEAL was filed by ECP and a written copy was also sent via facsimile and first class mail on _____ day of _____, 2004 to the defendants at:

EQUIFAX
C/o Mr. John Friedline, Esq.
Neuberger, Quinn, Geilen, Rubin & Gibber
One South St., 27th Floor
Baltimore, MD 21202
410-332-8516
410-332-8594 (fax)

EXPERIAN
C/o Mr. Sandy Baron, Esq.
Shulman, Rogers, Gandal, Pordy & Ecker
11921 Rockville, MD 20852-2743
301-230-2891 (fax)
301-230-5200

TRANS UNION
C/o Mr. Bruce C. Luckman, Esq.
Satzberg, Trichon, Kogan & Wertheimer
1818 Market Street, 30th Floor
Philadelphia, PA 19103
215-575-7688 (fax)
215-575-7600

E. Scott Frison, Jr., Esquire
Bar # 15583
P.O. Box 206
Greenbelt, MD 20768
240-398-9283 (phone),
301-794-8614 (fax)
frisonlaw@msn.com